IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 12-03043-01-CR-S-DW |
| JOSEPH R. LEDWA, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge James C. England (Doc. 43), recommending that the Third-Party Petition for Ancillary Hearing and Motion to Quash be stayed pending disposition of the issue of guilt or innocence.

The parties have had a full and fair opportunity to challenge Judge England's proposed action and have not filed any objections to the report and recommendation.

After a de novo review of the report and recommendation and the record of this case, it is concluded that the proposed action of Judge England is correct and should be approved. It is therefore ORDERED that the Third-Party Petition for Ancillary Hearing (Doc. 27), Motion to Quash (Doc. 28) and response (Doc. 29) are stayed until the issue of guilt or innocence has been determined.

SO ORDERED.

Date:   December 20, 2012                         /s/ Dean Whipple
                                                   Dean Whipple
                                                   United States District Judge